AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

William H. Rogers, JR.

*Plaintiff(s)*

v.

Firehouse of America, et. al.

*Defendant(s)*

Civil Action No. 3:23-cv-622-BJD-PDB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Firehouse Restaurant of America, et. al.
xxx serve: Registered Agent name d address:
CT Corporation System
1200 South Pine Island Road
Plantation, FL. 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William H. Rogers, JR.
215 Rockhouse Road
Senoia, GA. 30276

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 5, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____

William H. Rogers, JR.

_____
Plaintiff(s)

v.   Civil Action No. 3:23-cv-662-BJD-PDB

Firehouse of America, LLC. et.al.

_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Firehouse Restaurant Group, LLC. et, al
~~Firehouse of America, LLC. et, al~~
xxx Serve; Registered Agent Name + Address:
CT Corporation System
1200 South Pine Island Road
Plantation, FL. 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William H. Rogers, JR
215 Rockhouse Rd.
Senoia, GA. 30276

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 5, 2023

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

William H. Rogers, JR.

_Plaintiff(s)_

v.

Don M. Fox - FRG/FoA Chairman

_Defendant(s)_

Civil Action No. 3:23-cv-662-BJD-PD]

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Don M. Fox - FRG/FoA Chairman
xxx Serve: Registered Agent Name and address:
CT Corporation System
1200 South Pine Island Road
Plantation, FL, 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  William H. Rogers, JR.
215 Rockhouse Road
Senoia, GA, 30276

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 5, 2023

_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| William H. Rogers, Jr. <br><br> *Plaintiff(s)* <br> v. <br> SORENSEN BROTHERS, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-662-BJD-PDB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ***SERVE: Registered Agent Name & Address:
SORENSEN BROTHERS, INC.
(Formerly, by Conversion, FIREHOUSE SUBS, INC. since 1994)
Registered Agent Name & Address: ROBIN O. SORENSEN
2628 STATE ROAD 13

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William H. Rogers, Jr., Plaintiff
215 Rockhouse Road
Senoia, Georgia, 20376

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 5, 2023

Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| William H. Rogers, Jr. <br><br> *Plaintiff(s)* <br> v. <br> ROBIN O. SORENSEN, <br> FIREHOUSE SUBS, <br> Co-Founder <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-662-BJD-PDB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ***SERVE: Registered Agent Name & Address:
Mr. ROBIN O. SORENSEN, Co-Founder
2628 STATE ROAD 13

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    William H. Rogers, Jr., Plaintiff
215 Rockhouse Road
Senoia, Georgia, 30276

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 5, 2023

Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| William H. Rogers, Jr. <br><br> *Plaintiff(s)* <br> v. <br> CHRIS R. SORENSEN, <br> (FIREHOUSE SUBS, Co-Founder) <br><br> *Defendant(s)* | Civil Action No. 3:23-cv-662-BJD-PDB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ***SERVE: Registered Agent Name & Address:
Mr. CHRIS R. SORENSEN
2510 STATE ROAD 13
ST JOHNS, FL 32259

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William H. Rogers, Jr., Plaintiff
215 Rockhouse Road
Senoia, Georgia, 30276

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 5, 2023

Signature of Clerk or Deputy Clerk